# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JACK HAFNER,

    **Plaintiff,**

v.

    Civil Action 2:11-cv-00669
    Judge James L. Graham
    Magistrate Judge E.A. Preston Deavers

K. RUMER, *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the April 25, 2011 Report and Recommendation of the Magistrate Judge. (ECF No. 15.) The Magistrate Judge recommended that the Court grant Defendants' Motion to Dismiss (ECF No. 12) and dismiss Plaintiff's claims with prejudice for failure to prosecute.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 3, ECF No. 15.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the

Magistrate Judge.  Accordingly, Defendant's Motion to Dismiss (ECF No. 12) is **GRANTED** and this action is **DISMISSED** with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

S/ James L. Graham  
James L. Graham  
UNITED STATES DISTRICT COURT

Date**:** June 1, 2012